# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GARY WAYNE ALLMAN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) **CIVIL ACTION NO. 07-0494-WS** |
| v. | ) |
| | ) **CRIMINAL ACTION NO. 05-0022-WS** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## FINAL JUDGMENT

In accordance with the Court's order of October 19, 2007, denying the petitioner's motion to vacate, this action is **dismissed with prejudice**.

DONE this 19th day of October, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE